MEMORANDUM OPINION




No. 04-07-00160-CV



George D. VANN and Denise C. Vann,


Appellants



v.



Nancy JUDSON, John Clarence Judson, Darko Kreiner, and Estelle Kreiner,


Appellees



From the 224th Judicial District Court, Bexar County, Texas


Trial Court No. 2003-CI-07776


Honorable Martha Tanner, Judge Presiding



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: June 27, 2007


SET ASIDE AND REMAND

 The parties have filed a joint motion, stating that they have fully resolved and settled all
issues in dispute. They request that the trial court's judgment be set aside without regard to the merits
and that the cause be remanded for the entry of a judgment in conformity with their settlement
agreement. 

 We grant the motion. See Tex. R. App. P. 42.1(a)(2)(B). The judgment of the trial court is
set aside without regard to the merits, and the cause is remanded for the entry of a judgment in
conformity with the settlement agreement. Costs of appeal are taxed against the parties who have
incurred them. 


 PER CURIAM